NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE DENTAL IMAGING TECHNOLOGIES CORPORATION,**
*Petitioner.*

---

Miscellaneous Docket No. 138

---

On Petition for Writ of Mandamus to the United States District Court for the District of Delaware in case no. 10-CV-0288, Chief Judge Gregory M. Sleet.

---

ON PETITION

---

## ORDER

Dental Imaging Technologies Corporation (Dental Imaging) submits a petition for a writ of mandamus to direct the United States District Court for the District of Delaware to vacate its September 6, 2012 order denying permission to move for summary judgment, and permit Dental Imaging to file a motion for summary judgment to be ruled on in advance of trial.

Upon consideration thereof,

IT IS ORDERED THAT:

IN RE DENTAL IMAGING TECHNOLOGIES                    2

Sirona Dental Systems, Inc. and California Institute of Technology are directed to respond no later than October 12, 2012.

FOR THE COURT

SEP 25 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Darryl Michael Woo, Esq.
John G. Day, Esq.
Clerk, United States District Court for the District of Delaware

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 25 2012

JAN HORBALY
CLERK